STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ANDREW PAULSON (CABN 267095)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7356
    FAX: (415) 436-7234
    Andrew.paulson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Case No. 3:22-mj-70007 MAG |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION TO CONTINUE STATUS |
| v. | ) CONFERENCE AND TO EXCLUDE TIME FROM |
| | ) MARCH 14, 2022 TO APRIL 20, 2022 AND |
| IDOWU HASHIM SHITTU, | ) [PROPOSED] ORDER |
| Defendant. | ) |

    This matter is currently set for a status conference on March 14, 2022. To provide adequate time for the defense to review discovery already produced and for the parties to engage in discussions regarding a potential resolution of this case, the parties hereby request that the status conference be continued to April 20, 2022.

    For purposes of computing the date under Rule 5.1 of the Federal Rules of Criminal Procedure for preliminary hearing, and the date under the Speedy Trial Act by which the defendant must be charged by indictment or information, the parties agree that the time period of March 14, 2022 through April 20, 2022, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv) because: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in the filing of an information or indictment within the period specified in

18 U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Defense counsel represents that his client knowingly and voluntarily waives the timing for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 through April 20, 2022.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: March 11, 2022                              /s/ Andrew Paulson
                                                   ANDREW PAULSON
                                                   Assistant United States Attorney

DATED: March 11, 2022                              /s/ Mark Reichel
                                                   MARK REICHEL
                                                   Counsel for Defendant

### [PROPOSED] ORDER

The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, as well as to waive the timing for preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in the filing of an information or indictment within the time period set forth in 18 U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

The status conference in this matter is continued to 12:00 p.m. on April 20, 2022. The time period from March 14, 2022 to April 20, 2022, inclusive, is excluded in computing the time within which an information or indictment must be filed under 18 U.S.C. § 3161(b) pursuant to the provisions of 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv). Nothing in this Order shall preclude a finding

that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which an information or indictment must be filed.

IT IS SO ORDERED.

DATED: March 11, 2022

_____
HONORABLE JACQUELINE S. CORLEY
United States Magistrate Judge